Align top of FedEx Express® shipping label here

ORIGIN ID:NTUA (757) 301-9995
KEVIN HOFFMAN
SINGER DAVIS, LLC
1209 LASKIN ROAD

SHIP DATE: 25FEB22
ACTWGT: 1.75 LB
CAD: 101639673/INET4460

VIRGINIA BEACH, VA 23451
UNITED STATES US

BILL SENDER

TO U.S. DEPARTMENT OF STATE

CA/OCS/L, SA-17
10TH FLOOR
WASHINGTON DC 20522
(202) 647-6575  REF
INV:
PO    DEPT



MON - 28 FEB 10:30A
TRK# 0201 7761 4844 3520    PRIORITY OVERNIGHT



XE KMDA    20522
DC-US    IAD

2/25/22, 3:42 PM

21cr2834