**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TARAH MCLAUGHLIN,
*individually, and as the*
*legal representative of the*
*ESTATE OF IAN MCLAUGHLIN, et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 21-2834 (ABJ)

**ORDER**

Pursuant to Federal Rule of Civil Procedure Rule 55(b) and 28 U.S.C. § 1608(e), and upon consideration of plaintiffs' written submissions and sworn affidavits, it is hereby **ORDERED** that plaintiffs' motion for damages [Dkt. # 25] is **GRANTED** and plaintiffs are awarded damages as follows:

| Plaintiff | Economic Loss Damages | Pain and Suffering Damages | Solatium Damages | Punitive Damages | Total |
|---|---|---|---|---|---|
| Estate of Ian McLaughlin | $2,918,617 | | | $5,837,234 | $8,755,851 |
| Tarah McLaughlin | | | $10,000,000 | $20,000,000 | $30,000,000 |
| M.M. | | | $6,250,000 | $12,500,000 | $18,750,000 |
| E.M. | | | $5,000,000 | $10,000,000 | $15,000,000 |
| I.M. | | | $5,000,000 | $10,000,000 | $15,000,000 |
| Estate of Miguel Villalon | $847,064 | | | $1,694,128 | $2,541,192 |

| | | | | | |
|---|---|---|---|---|---|
| Olivia Villalon | | | $5,000,000 | $10,000,000 | $15,000,000 |
| Arnoldo Fernandez | | | $2,500,000 | $5,000,000 | $7,500,000 |
| Antonio Fernandez | | | $2,500,000 | $5,000,000 | $7,500,000 |
| Jonathon Bueno | | $5,000,000 | | $10,000,000 | $15,000,000 |
| Krystal Bueno | | | $4,000,000 | $8,000,000 | $12,000,000 |
| M.L. | | | $2,500,000 | $5,000,000 | $7,500,000 |
| J.B. | | | $2,500,000 | $5,000,000 | $7,500,000 |
| S.B. | | | $2,500,000 | $5,000,000 | $7,500,000 |
| Laban Underwood | | $5,000,000 | | $10,000,000 | $15,000,000 |

It is further **ORDERED** that post-judgment interest on the above listed amounts will be awarded as required by 28 U.S.C. § 1961(a).

The Clerk of Court is requested to close this case. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: July 13, 2026